# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael A. Duff | ) Case No: 1:93CR00148-012 |
| | ) USM No: 04568-028 |
| Date of Original Judgment: 12/08/1994 | ) |
| Date of Previous Amended Judgment: 03/20/2008 | ) Juval Scott |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___264___ months **is reduced to** ___time served___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___12/08/1994___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___11/30/2011___

Effective Date: _____ *
*(if different from order date)*

*LARRY J. McKINNEY, JUDGE*
United States District Court
Southern District of Indiana

\* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.


A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk